I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-23-10

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 23 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TROY ALGENE SCOTT,

    Petitioner,

vs.

CALIFORNIA ATTORNEY GENERAL and BOBBY PHILLIPS,

    Respondent.

Case No. EDCV 10-0747-VAP (RNB)

**JUDGMENT**

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 11/18/10

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 23 2010

CENTRAL DISTRICT
BY

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE